**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALEJANDRO ESPINOZA,

Plaintiff,

v.

CASE NO. 1:24-cv-22755-KMW

P.F. CHANG'S CHINA BISTRO, INC., a Foreign Profit Corporation D/B/A P.F. CHANG'S,

Defendant.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Alejandro Espinoza and Defendant P.F. Chang's China Bistro, Inc. hereby give notice to the Court that the parties have agreed to a settlement of Plaintiff's claims. The parties are preparing final settlement documents, and will file a stipulation of dismissal upon execution of the settlement documents.

Dated this 13th day of September 2024.

*/s/ Richard J. Adams*
Diego German Mendez, Esq.
Florida Bar No. 52748
Mendez Law Offices, PLLC
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email: info@mendezlawoffices.com

Richard J. Adams, Esq.
Florida Bar No. 770434
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 786-290-1963
Facsimile: 305-824-3868
Email: radamslaw7@gmail.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Joseph D. Magrisso*
Anne Marie Estevez
Florida Bar No. 991694
Email: annemarie.estevez@morganlewis.com
Joseph D. Magrisso
Florida Bar No. 105352
Email: joseph.magrisso@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3000
eFacsimile: 305.415.3001

*Counsel for Defendants*