UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA, CASE NO. 1:24-cv-22755-KMW

Plaintiff,

vs.

P.F. CHANG'S CHINA BISTRO, INC.,
a Foreign Profit Corporation
D/B/A P.F. CHANG'S,
Defendant.
_____________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against P.F. CHANG'S CHINA BISTRO, INC. a Foreign Profit Corporation D/B/A P.F. CHANG'S.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###